January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

R.F. BEARDEN, Appellant

NO. 14-13-00578-CV                    V.

WALTON HOUSTON GALLERIA OFFICE, LP, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on April 17, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, R.F. Bearden.

We further order this decision certified below for observance.